| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2002 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Kelley, Walter D., Jr. | 2. Court or Organization USDC - E.D. Va | 3. Date of Report 10/29/2003 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Nominee | 5. ReportType (check appropriate type) ⦿ Nomination, Date 10/31/03 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2002 to 9/30/2003 |
| 7. Chambers or Office Address 150 W. Main Street, Suite 1600 Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Troutman Sanders LLP |
| 2. | General Partner | Limited Partnership #1 |
| 3. | Manager | LLC #1 |
| 4. | Manager | LLC #2 |
| 5. | Manager | LLC #3 |
| 6. | Trustee | Trust #1 |
| 7. | Trustee | Trust #2 |
| 8. | Trustee | Trust #3 |
| 9. | Trustee | Trust #4 |
| 10. | Trustee | Trust #5 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1982 | Willcox & Savage, P.C. 401(k) Plan, self directed (to be rolled over to independent plan). |
| 2. | 2001 | Troutman Sanders LLP 401(k) Plan, no control (to be rolled over to independent plan) |
| 3. | 2003 | Troutman Sanders LLP 401(a) Plan, no control (to be rolled over to independent plan) |
| 4. | 2001 | Troutman Sanders LLP (return of partnership capital) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2001 | Willcox & Savage, P.C. (salary) | $48,423.00 |
| 2. | 2001 -03 | Troutman Sanders LLP (Partnership distributions) | $710,515.72 |
| 3. | 2003 | Regent University (teaching) | 1.00 |
| 4. | 2002-03 | Jennifer Kelley Designs (clothes sales/sole proprietor) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2001 | Willcox & Savage, P.C. (salary) | $48,423.00 |
| 2. | 2001 -03 | Troutman Sanders LLP (Partnership distributions) | $710,515.72 |
| 3. | 2003 | Regent University (teaching) | 1.00 |
| 4. | 2002-03 | Jennifer Kelley Designs (clothes sales/sole proprietor) | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kelley, Walter D., Jr. | 10/29/2003 |

## V. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fidelity Investments | Margin Loan | K |
| 2. | Capital One | Credit Card | J |
| 3. | Merrill Lynch | Margin Loan | L |
| 4. | American Express | Credit Card | J |
| 5. | SouthTrust Bank | Personal Line of Credit | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Walter D., Jr. | 10/29/2003 |

## II. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| LIMITED PARTNERSHIP #1 | | | | | | | | | |
| -- First Industrial Realty Trust (REIT) | D | Dividend | L | T | | | | | |
| -- Allied Capital Corp. Common Stock | D | Dividend | | | Exempt | | | | |
| -- Dominion Resources, Inc. Common Stock | D | Dividend | K | T | | | | | |
| -- Horizon Group PPTYS (REIT) | A | Dividend | J | T | | | | | |
| -- Mills Corp. Common Stock | B | Dividend | K | T | | | | | |
| -- Growth Fund of America | A | Dividend | J | T | | | | | |
| -- Note Receivable (from American Recovery Services, LLC)) | A | Interest | L | U | | | | | |
| -- Note Receivable (KMK Factoring, LLC) | A | Interest | K | T | | | | | |
| LIMITED LIABILITY COMPANY #1 | | | | | | | | | |
| -- SouthTrust Bank Account | A | Interest | J | T | | | | | |
| -- Accounts Receivable | | None | M | U | | | | | |
| -- Note Receivable (William C. McKnew) | A | Interest | M | U | | | | | |
| LIMITED LIABILITY COMPANY #2 | | | | | | | | | |
| -- SouthTrust Bank Account | A | Interest | J | T | | | | | |
| -- Note Receivable (American Recovery Services, LLC) | A | Interest | J | U | | | | | |
| LIMITED LIABILITY COMPANY #3 | | | | | | | | | |
| -- SouthTrust Bank Account | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Walter D., Jr. | 10/29/2003 |

## II. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| -- Note Receivable (KMK Factoring, LLC) | A | Interest | J | T | | | | | |
| TRUST #1 | | | | | | | | | |
| -- SouthTrust Bank Account | | None | J | T | | | | | |
| -- Prudential Whole Life Policy | D | Dividend | M | T | | | | | |
| -- Mass Mutual Whole Life Policy | D | Dividend | M | T | | | | | |
| Merrill Lynch TRUST #2 | | | | | | | | | |
| -- ML Cash Reserves | A | Interest | K | T | | | | | |
| -- GMAC Bond | B | Interest | K | T | | | | | |
| -- Ford Motor Bond | B | Interest | K | T | | | | | |
| -- Virginia Beach Development Authority Industrial Bond | B | Interest | J | T | | | | | |
| -- Virginia Beach Development Authority Health Care Bond | C | Interest | L | T | | | | | |
| -- Richmond Metropolitan Authority Expressway Bond | B | Interest | K | T | | | | | |
| -- Norfolk IDA Bond | B | Interest | K | T | | | | | |
| -- Metropolitan Washington, D.C. Airports Bond | A | Interest | | | Exempt | | | | |
| -- Henrico Co. Municipal Bond | B | Interest | L | T | | | | | |
| -- Newport News Municipal Bond | C | Interest | L | T | | | | | |
| -- Virginia State Public Bldg. Bond | C | Interest | M | T | | | | | |
| -- Virginia Public School Authority Bond | B | Interest | L | T | | | | | |

| Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Walter D., Jr. | 10/29/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 7. -- VHDA Multi Family Housing Bond | B | Interest | K | T | | | | | |
| 8. -- Fairfax County Public Improvement Bond | B | Interest | K | T | | | | | |
| 9. -- Virginia State HDA Commonwealth Bond | D | Interest | | | Exempt | | | | |
| 0. -- Virginia State Public Building Authority Bond | B. | Interest | K | T | | | | | |
| 1. -- Richmond Municipal Bond | C | Interest | M | T | | | | | |
| 2. -- Virginia Port. Authority Bond | C | Interest | L | T | | | | | |
| 3. -- AMB Prop Corp. (REIT) | B | Dividend | K | T | | | | | |
| 4. -- Hospitality PPTY's Trust (REIT) | C | Dividend | K | T | | | | | |
| 5. -- Pepco Holdings Inc. Common Stock | A | Dividend | K | T | | | | | |
| 6. -- Pub. Svc. Enterprise Group Common Stock | B. | Dividend | K | T | | | | | |
| 7. -- SouthTrust Corp. Common Stock | B | Dividend | L | T | < | | | | |
| 8. -- Amcap Bldr. Fund | C | Interest | L | T | | | | | |
| 9. -- American High Income Municipal Fund | E | Interest | N | T | | | | | |
| 0. -- American New Perspective Fund | A | Dividend | | | Exempt | | | | |
| 1. TRUST #3 | | | | | | | | | |
| 2. -- ML Cash Reserves | A | Interest | J | T | | | | | |
| 3. -- Amcap World Growth Fund | C | Dividend | M | T | | | | | |
| 4. -- American Euro Pacific Growth Fund | A | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D. = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Walter D., Jr. | 10/29/2003 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 5. — American SmallCap Fund | A | Dividend | M | T | | | | | |
| 6. — American Fundamental Income Fund | B | Dividend | L | T | | | | | |
| 7. — American New Perspective Fund | C | Dividend | N | T | | | | | |
| 8. TRUST #4 | | | | | | | | | |
| 9. — Putnam Int'l Growth Fund | J | Dividend | | | Exempt | | | | |
| 0. — Putnam Int'l New Opportunities Fund | | None | | | Exempt | | | | |
| 1. — Putnam Int'l Voyager Fund | A | Dividend | | | Exempt | | | | |
| 2. — Putnam Growth Opps. Fund | | None | | | Exempt | | | | |
| 3. — Putnam Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 4. — Putnam Int'l Equity Fund | | None | K | T | | | | | |
| 5. — Putnam Growth Opps. Fund | | None | J | T | | | | | |
| 6. — Putnam Income Fund | A | Dividend | J | T | | | | | |
| 7. — Putnam Asia Pacific Fund | | None | | | Exempt | | | | |
| 8. TRUST #5 | | | | | | | | | |
| 9. — ML Cash Reserves | A | Interest | K | T | | | | | |
| 0. — Hanover Co. Water & Sewer Bonds | B | Interest | K | T | | | | | |
| 1. — VHDA/Commonwealth Mortgage Bond | D | Interest | M | T | | | | | |
| 2. — Fairfax Co. Bond | B | Interest | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Walter D., Jr. | 10/29/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3. – Manassas Virginia Municipal Bond | D | Interest | M | T | | | | | |
| 4. – Loudon Co. Virginia Sanitation & Sewer Bond | B | Interest | K | T | | | | | |
| 5. – Virginia State Public School Authority Bond | D | Interest | M | T | | | | | |
| 6. – VHDA/Commonwealth Mortgage Bond | B | Interest | K | T | | | | | |
| 7. – VHDA Bond | C | Interest | | | Exempt | | | | |
| 8. – Fairfax Co. Economic Development Bond | C | Interest | L | T | | | | | |
| 9. – American New Perspective Fund | A | Dividend | | | Exempt | | | | |
| 0. – Arlington County Public Improvement Bond | C | Interest | K | T | | | | | |
| 1. – American Capital Fund Income Bldr. | C | Interest | L | T | | | | | |
| 2. – ML Basic Value Fund | A | Dividend | J | T | | | | | |
| 3. – American Capital World Fund | A | Dividend | | | Exempt | | | | |
| 4. – American High Income Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 5. – Richmond, Virginia Public Improvement Bond | B | Interest | | | Exempt | | | | |
| 6. – Trigon Health Care Inc. Common Stock | A | Dividend | | | Exempt | | | | |
| 7. IRA #1 | | | | | | | | | |
| 8. – ML Cash Reserves | A | Interest | J | T | | | | | |
| 9. – American Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 0. – American Small Cap World Fund | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. -- Growth Fund of America | A | Dividend | J | T | | | | | |
| 2. -- ML Focus Value Fund | | None | J | T | | | | | |
| 3. -- ML Basic Value Fund | | None | J | T | | | | | |
| 4. IRA #2 | | | | | | | | | |
| 5. -- ML Cash Reserves | | None | J | T | | | | | |
| 6. -- ML Basic Value Fund | | None | J | T | | | | | |
| 7. -- ML Eurofund | | None | J | T | | | | | |
| 8. -- ML Fundamental Growth Fund | | None | J | T | | | | | |
| 9. -- ML Int'l Equity Fund | | None | J | T | | | | | |
| 100. -- Mercury Small Cap Fund | | None | | | Exempt | | | | |
| 101. -- ML Large Cap Core Fund | | None | J | T | | | | | |
| 102. -- ML Pacific Fund | | None | J | T | | | | | |
| 103. -- ML Small Cap Growth Fund | | None | J | T | | | | | |
| 104. -- ML Small Cap Value Fund | | None | J | T | | | | | |
| 105. -- ML Bond Fund High Income | A | Dividend | J | T | | | | | |
| 106. -- ML Bond Fund Core Bond | A | Interest | J | T | | | | | |
| 107. 401(k) #1 | | | | | | | | | |
| 108. -- AES Corp. Common Stock | | None | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Walter D., Jr. | 10/29/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 09. — American Tower Sys. Common Stock | | None | M | T | | | | | |
| 10. — Cincinnati Bell, Inc. Common Stock | | None | K | T | | | | | |
| 11. — Clear Channel Communications Common Stock | | None | | | Exempt | | | | |
| 12. — Commerce Group Inc. Common Stock | A | Dividend | | | Exempt | | | | |
| 13. — CNA Surety Common Stock | A | Dividend | | | Exempt | | | | |
| 14. — Crown Holdings Common Stock | | None | K | T | | | | | |
| 15. — Fairfax Financial Holdings Common Stock | A | Dividend | K | T | | | | | |
| 16. — Gladstone Commercial Corporation Common Stock | A | Dividend | K | T | | | | | |
| 17. — International Speedway Corp. Common Stock | A | Dividend | | | Exempt | | | | |
| 18. — IPC Holdings, Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 19. — Journal Register Company Common Stock | | None | K | T | | | | | |
| 20. — Lamar Advertising Common Stock | | None | | | Exempt | | | | |
| 21. — MGI Pharma Inc. Common Stock | | None | L | T | | | | | |
| 22. — Markel Corporation Common Stock | | None | K | T | | | | | |
| 23. — Massey Energy Common Stock | A | Dividend | L | T | | | | | |
| 24. — Mellon Financial Corp. Common Stock | B | Dividend | | | Exempt | | | | |
| 25. — Micros Systems Common Stock | | None | L | T | | | | | |
| 26. — Niagara Mohawk Power Company Common Stock | | None | | | Exempt | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | | | |
|---|---|---|---|
| Name of Person Reporting | | Date of Report | |
| Kelley, Walter D., Jr. | | 10/29/2003 | |

## II. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 27. -- NTELOS Common Stock | | None | | | Exempt | | | | |
| 28. -- Penn-America Group Inc. Common Stock | A | Dividend | | | Exempt | | | | |
| 29. -- Pico Holdings Inc. Common Stock | | None | | | Exempt | | | | |
| 30. -- PMA Capital Corp. Common Stock | A | Dividend | K | T | | | | | |
| 31. -- Pioneer Natural Resources Co. Common Stock | | None | K | T | | | | | |
| 32. -- Precision Auto Care Inc. Common Stock | | None | J | T | | | | | |
| 33. -- Reptron Electronics Common Stock | | None | | | Exempt | | | | |
| 34. -- Southtrust Corp. Common Stock | B | Dividend | L | T | | | | | |
| 35. -- Trigon Health Care Inc. Common Stock | | None | | | Exempt | | | | |
| 36. -- Viacom Inc. Common Stock | | None | | | Exempt | | | | |
| 37. -- Waste Management, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 38. -- Wells Fargo Co. Common Stock | A | Dividend | K | T | | | | | |
| 39. -- Cardinal Financial Convertible Preferred Stock | A | Dividend | J | T | | | | | |
| 40. -- Fidelity Cash Reserves (fdrxx) | A | Interest | K | T | | | | | |
| 41. -- Host Marriot Cv. Pfd. Stock | B | Dividend | K | T | | | | | |
| 42. 401(k) #2 | | | | | | | | | |
| 43. -- Wachovia Money Mkt. Fund | A | Interest | K | T | | | | | |
| 44. 401(k) #3 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 1. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 1. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Walter D., Jr. | 10/29/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 45. – Vanguard Wellesley Income Fund | A | Dividend | J | T | | | | | |
| 46. – Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 47. – Vanguard Small-Cap Index Fund | A | Dividend | J | T | | | | | |
| 48. 401(a) | | | | | | | | | |
| 49. – Wachovia Money Mkt. Fund | A | Interest | J | T | | | | | |
| 50. Brokerage #1 | | | | | | | | | |
| 51. – American Tower Corp. Common Stock | | None | J | T | | | | | |
| 52. – AES Corp. Common Stock | | None | | | Exempt | | | | |
| 53. – Cincinnati Bell Common Stock | | None | J | T | | | | | |
| 54. – Commerce Group Inc. Common Stock | A | Dividend | | | Exempt | | | | |
| 55. – Crown Holdings, Inc. Common Stock | | None | J | T | | | | | |
| 56. – Markel Corp. Common Stock | | None | J | T | | | | | |
| 57. – Massey Energy Common Stock | A | Dividend | J | T | | | | | |
| 58. – Mellon Financial Corp. Common Stock | A | Dividend | | | Exempt | | | | |
| 59. – Mercantile Bank Shares Corporation Common Stock | A | Dividend | J | T | | | | | |
| 60. – MGI Pharma, Inc. Common Stock | | None | J | T | | | | | |
| 61. – Micros Systems, Inc. Common Stock | | None | J | T | | | | | |
| 62. – NTELOS Common Stock | | None | | | Exempt | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Walter D., Jr. | 10/29/2003 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. -- Pan America Group Inc. Common Stock | A | Dividend | | | Exempt | | | | |
| 164. -- Pico Holdings Inc. Common Stock | | None | | | Exempt | | | | |
| 165. -- Pioneer Natural Res. Common Stock | | None | J | T | | | | | |
| 166. -- PMA Capital Common Stock | A | Dividend | J | T | | | | | |
| 167. -- Waste Management Common Stock | A | Dividend | J | T | | | | | |
| 168. -- The Phoenix Companies, Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kelley, Walter D., Jr. | 10/29/2003 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kelley, Walter D., Jr. | 10/29/2003 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  10/29/03 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544